1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                            CENTRAL DISTRICT OF CALIFORNIA

10

11   RAUL ALVAREZ,                    ) Case No. EDCV 09-2042-DDP(RC)
                                      )
12                   Petitioner,      )
                                      ) ORDER ADOPTING REPORT AND
13   vs.                              ) RECOMMENDATION OF UNITED STATES
                                      ) MAGISTRATE JUDGE AND ORDER DENYING
14   WARDEN,                          ) CERTIFICATE OF APPEALABILITY
                                      )
15                   Respondent.      )
     ─────────────────────────────── )
16

17        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

18   Petition and other papers along with the attached Report and

19   Recommendation of United States Magistrate Judge Rosalyn M. Chapman,

20   and has made a de novo determination.

21

22        IT IS ORDERED that (1) the Report and Recommendation is approved

23   and adopted; (2) the Report and Recommendation is adopted as the

24   findings of fact and conclusions of law herein; and (3) Judgment shall

25   be entered dismissing the habeas corpus petition and action as

26   untimely.

27   //

28   //

1       This Court finds an appeal would not be taken in good faith, and

2   that petitioner has not made a substantial showing that he has been

3   denied a constitutional right and that this Court was not correct in

4   its statute of limitations ruling, for the reasons set forth in the

5   Report and Recommendation, and accordingly, a certificate of

6   appealability should not issue under 28 U.S.C. § 2253(c)(2) and Fed.

7   R. App. P. 22(b).  Slack v. McDaniel, 529 U.S. 473, 483, 120 S. Ct.

8   1595, 1604, 146 L. Ed. 2d 542 (2000); Manning v. Foster, 224 F.3d

9   1129, 1132 (9th Cir. 2000).  Thus, IT IS FURTHER ORDERED that a

10  Certificate of Appealability be DENIED.

11

12      FINALLY, IT IS FURTHER ORDERED that the Clerk shall serve copies

13  of this Order, the Magistrate Judge's Report and Recommendation and

14  Judgment by the United States mail on petitioner.

15

16  DATED: May 28, 2010

17

18                DEAN D. PREGERSON
            UNITED STATES DISTRICT JUDGE

19

20

21  R&R\09-2042.ado2
    5/11/10

22

23

24

25

26

27

28