UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL ALVAREZ, | ) | Case No. EDCV 09-2042-DDP(RC) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED: May 28, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

R&R\09-2042.jud
4/12/10